SADIE BERNSTEIN, an Infant, by ABRAHAM BERNSTEIN, Her Guardian ad Litem, Respondent, *v.* THE EMPIRE BRIDGE COMPANY, Appellant.

*Bernstein* v. *Empire Bridge Co.*, 146 App. Div. 529, affirmed.
(Argued May 7, 1912; decided May 24, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 14, 1911, affirming a judgment in favor

of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

*Frank Verner Johnson,* for appellant.

*Martin T. Manton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY,. WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.